Bernice Paul, Appellee, v. Charles Shukes et al., Defendants.
Appeal of Joseph D. Stewart, Appellant.

Gen. No. 41,779.

opinion filed January 18, 1943; rehearing opinion filed March 10, 1943. Olis, Vasalle & Lapinskas, for appellant; V. I. Ohrenstein and Walter C. Wellman, for appellee. Opinion by JUSTICE HEBEL. ''Not to be published in full.''